

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Brenda Simmons McGowen and Evelyn
Simmons Woodfork, Appellants

No. 06-22-00047-CV          v.

Vanderbilt Mortgage & Finance, Inc.,
Appellee

Appeal from the 278th District Court of
Walker County, Texas (Tr. Ct. No.
2029747).     Memorandum     Opinion
delivered by Chief Justice Stevens, Justice
van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of
the court below.  Therefore, we reverse the trial court's judgment and remand the cause for
further proceedings consistent with this opinion.

We further order that the appellee, Vanderbilt Mortgage & Finance, Inc., pay all costs of
this appeal.

RENDERED JULY 31, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk